```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
                         SOUTHERN DIVISION

UNITED STATES OF AMERICA      Criminal No.  PJM-19-0121

       v.                     Greenbelt, Maryland

RICARDO CARTER, II,           June 21, 2019

          Defendant.          2:30 p.m.

--------------------------/

                    TRANSCRIPT OF ARRAIGNMENT
               BEFORE THE HONORABLE PETER J. MESSITTE
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:     United States Attorney's Office
                        By: GREGORY BERNSTEIN, ESQUIRE
                        6500 Cherrywood Lane
                        Greenbelt, Maryland 20770

For the Defendant:      Federal Public Defender's Office
                        By: MICHAEL CITARAMANIS, ESQUIRE
                        6411 Ivy Lane
                        Suite 710
                        Greenbelt, Maryland 20770



Court Reporter          Lisa K. Bankins RMR FCRR
                        United States District Court
                        6500 Cherrywood Lane
                        Greenbelt, Maryland 20770


Proceedings recorded by mechanical stenography,
transcript produced by notereading.
```

```
                           P R O C E E D I N G S
1
2              THE CLERK:  The matter now pending before the
3     Court is Criminal Case Number PJM-19-0121, the United
4     States of America versus Ricardo Carter, the II.  The
5     matter comes before this Court for an arraignment/Rule 11
6     hearing.
7              MR. BERNSTEIN:  Good afternoon --
8              THE COURT:  All right.  Counsel, identify
9     yourselves for the government first and then defendant.
10             MR. BERNSTEIN:  Good afternoon, Your Honor.
11    Greg Bernstein for the United States.
12             MR. CITARAMANIS:  Good afternoon, Your Honor.
13    Michael CitaraManis with the Federal Public Defender's
14    Office appearing with Mr. Carter.
15             THE COURT:  All right.  The last word I have
16    through the courtroom deputy is that the defendant is not
17    going to enter a plea.  Is that correct?
18             MR. CITARAMANIS:  Your Honor, that is correct.
19             THE COURT:  All right.  Let me go back with you.
20    I don't know what specifically counsel has planned to say
21    to me, but I still have some concern about this case.  I
22    did not get from counsel what I asked for last time.
23             One of the things I have to do as a judge in all
24    criminal cases directed by the case law is to make
25    findings under the sentencing guidelines.  I didn't have
```

1   the information to do that last time.  There was no
2   calculation made by probation and, frankly, the materials
3   I got from this sentencing, there was no information about
4   the putting together the criminal history of the defendant
5   and the offense level to see what the guidelines would be.
6   Didn't know whether you were offering this guy a plumb
7   decision or something that was hard or what.
8           Looking at his background, it looked somewhat
9   likely to be under the guidelines a far more extensive
10  sentence than in fact counsel was offering under the
11  11(c)(1)(C) plea.  I asked probation today to prepare a
12  memo under the guidelines.  I gather counsel has received
13  it.  Have you received it, Mr. Bernstein?
14          MR. BERNSTEIN:  I have not received a memo.  But
15  I did talk to --
16          THE COURT:  Well, go make a copy of it right
17  now.  The short of it is while we're waiting for the copy
18  to be made is that at my request, the calculated offense
19  level was 20 and based on the criminal history of the
20  defendant likely to be as much as a Criminal History
21  Category IV with sentencing guidelines between 75 and 87
22  months.  Now I didn't have anything like that.  Go ahead.
23  Make that copies -- you did get copies?  All right.  Now
24  that's the kind of thing I wanted to know from the
25  beginning.  I have to write that down on a piece of paper

1    that I submit to the sentencing people.  And you're
2    proposing something that could have been as much as half,
3    not much more than half under those guidelines.  So that's
4    why I was concerned.
5             Now that said, while I don't get involved in the
6    actual negotiation of the plea, I need some -- that's why
7    I'm particularly -- not particularly well disposed of the
8    11(c)(1)(C) pleas.  But I'd like to get some idea why
9    there's effectively a deviation.  Sometimes it's for one
10   reason or another.  This case, I have no idea.  And that's
11   why I sent you back to the drawing table not once and now
12   presumably twice.
13            So I don't know how you want to respond to what
14   I've said.  But you're negotiating these pleas and I'm
15   supposed to make some kind of findings starting -- I'm
16   obliged to do this -- with the sentence guidelines.  You
17   come in with a number for me that obviously in the end
18   kind of confirms my suspicions that the numbers just
19   aren't anywhere close.  How did we get there?
20            Now maybe somewhat academic in this case now
21   because the defendant was -- says I don't want to plead.
22   I need counsel to know that's where I am in all these
23   cases.  And I don't -- I mean I would be happy to hear
24   your response to it, but I know you might have your
25   reasons for doing what you do, but I didn't see them here,

1	don't see them here.  So I don't know what you want to say
2	in one way or another.  Mr. Bernstein, maybe you can speak
3	first.
4	             MR. BERNSTEIN:  Sure, Your Honor.  And I
5	apologize.  I thought the last time we spoke you just
6	wanted a report from pretrial that gave you a sense of
7	Mr. Carter's criminal history --
8	             THE COURT:  Oh, well, sure.  That, too.  But I
9	mean the main thing was I have to see the guideline range,
10	too.  That's an obligatory step 1.
11	             MR. BERNSTEIN:  Okay.  I understand.  I didn't
12	register it that last time, Your Honor.  It wasn't as if I
13	intentionally sort of decided not to do that.  I just did
14	not understand that that's what Your Honor was asking for.
15	             THE COURT:  Well, I think always you've got to
16	do that.  Even in a binding plea situation, you've got to
17	give the judge something to deal with, something to write
18	down.
19	             MR. BERNSTEIN:  Sure.  And so two things, Your
20	Honor.  The first is that regarding what the probation
21	office came up with, two things have generated a guideline
22	offense level that's roughly twice as high or it's
23	somewhat of a substantial increase over the C plea range.
24	The first is that since we negotiated this plea,
25	Mr. Carter went down to Virginia and got sentenced on a

1  somewhat unrelated fraud case down there.  And that upped
2  his criminal history calculation by three points in one
3  category.  Now I didn't withdraw the plea at that time
4  because the plea was negotiated based on the history of
5  what Mr. Carter had done and the fact that he was
6  sentenced for conduct that he committed in 2008, 2009.  It
7  didn't seem appropriate at that time to revoke the plea
8  simply because of -- because his criminal history category
9  moved up from 3 to 4.
10              The other thing that might be driving some of
11  the increase is that the probation office found a
12  two-level enhancement that I'm not sure whether it applies
13  or not with doing some extra research, but it's that the
14  offense involved the unauthorized transfer or use of any
15  means of identification unlawfully to produce or obtain
16  any other means of identification.
17              And having spoken to Mr. Mebane, his point was
18  that the evidence showed that Mr. Carter used social
19  security numbers which are a means of identification to
20  open bank accounts which are also means of identification.
21  I'm not absolutely certain if that's correct or not.  But
22  we don't have that in our plea agreement.  And the
23  probation office did find that that enhancement applied.
24  So for perspective, when we originally negotiated this
25  plea, the C plea range was to the guideline range of the

```
1    bank fraud conspiracy.  The range that we determined was
2    41 to 51 months imprisonment and --
3            THE COURT:  That's the guideline range you
4    calculated --
5            MR. BERNSTEIN:  Yes, sir.
6            THE COURT:  -- based on criminal history that
7    you were working with then?
8            MR. BERNSTEIN:  Exactly, Your Honor.
9            THE COURT:  Okay.  Well, that would have helped
10   to see that I think back when.  You might have found me
11   going along with it then.  But now I've got a number that
12   finally comes before me and I draw back a bit and say
13   well.
14           In any event, this is somewhat academic and I
15   understand your explanation that you were basing it on a
16   certain criminal history category I gather that you don't
17   think his word is today necessary.  With that said, only
18   points up the need for me to have something on the numbers
19   in the beginning so I can see what kind of deviation if
20   any is involved.
21           Mr. CitaraManis, anything you want to say?
22           MR. CITARAMANIS:  Your Honor, I certainly concur
23   with what Mr. Bernstein has represented and I would note
24   with respect to the one two-level increase that probation
25   had identified that we did not have in the proposed plea
```

1  agreement, the issue there may also get resolved -- well,
2  I would say that because there was a plea to an aggravated
3  identity theft count, the question is whether you get that
4  two-level increase if you're getting essentially the
5  addition. That same conduct forming the basis for the
6  aggravated identity --
7      THE COURT: Well, that's arguable or could be
8  argued I guess.
9      MR. CITARAMANIS: So again I haven't had time
10 since seeing this this afternoon to obviously research it
11 either.
12     I would also say that another reason why the
13 agreement had been proposed is that there was -- this was
14 a pre-indictment disposition that had been proposed and
15 there had been, you know, certainly on Mr. Carter's part
16 cooperation with law enforcement in terms of, you know,
17 identifying the conduct that he was involved in.
18     So, you know, because it's pre-indictment, there
19 were certainly, you know, one of the things the interest
20 the government had here was, you know, obviously, it was
21 potentially saving the government the trouble of having to
22 indict --
23     THE COURT: Well, I think that's what plea
24 agreements do in general and maybe the 11(c)(1)(C) pleas
25 do it particular. But I've got another obligation to

1  counsel --
2       MR. CITARAMANIS:  And there were also some
3  personal and family, you know, mitigators on Mr. Carter's
4  side.  So all of those things were taken into account in
5  terms of the negotiation process.
6       THE COURT:  Well, I don't find them improper.  I
7  think it's the kind of thing though that I ought to have
8  known back when.  So we are where we are.  As a matter,
9  I've got to set it for trial and that's where we are.
10      MR. CITARAMANIS:  I think the next step
11 obviously the government's, you know, would have to take.
12 This was a -- to be a plea on an information.  So he has
13 to be indicted.  So I guess the next step --
14      THE COURT:  Well, I'll leave it to however you
15 were.  There's nothing on my docket right now.
16      MR. CITARAMANIS:  Right.
17      THE COURT:  This gentleman is under -- was it
18 originally it wasn't an indictment -- there's no
19 information here.  Had he been arraigned or what?
20      MR. CITARAMANIS:  It wasn't an information
21 and --
22      THE COURT:  He wasn't arraigned on the
23 information?
24      MR. CITARAMANIS:  Well, I think he was not
25 because the goal was to do essentially arraignment and

```
1    guilty plea at the same time --
2             THE COURT:  Oh, I see.  So he hasn't been
3    arraigned on this either.
4             MR. CITARAMANIS:  Right.
5             THE COURT:  Either you would have to do what you
6    do.  Either you indict him or you go forward with a new
7    information and a plea.  Whatever you do.  I'm not into
8    that.
9             MR. BERNSTEIN:  That's fine, Your Honor.  The
10   only thing I -- I think it makes some sense to as Your
11   Honor characterized it is it's not an unfavorable deal for
12   Mr. Carter to put on the record that he is rejecting the
13   proposed plea --
14            THE COURT:  Fair enough.  And I understand that.
15   I don't know why.  Don't care to know why.  But that's his
16   right.  We haven't gotten anything in form yet.  So he can
17   simply say I'm not going with it.  That's fine.  That's up
18   to him.
19            MR. BERNSTEIN:  Just so there's a record of it
20   down --
21            THE COURT:  I've been advised.  I think I
22   started that he was not going to go forward with it in any
23   case.  That's where we are.  But my observations to
24   counsel still stand.  And if that's when we come back in
25   this case or some other, I need that information up front.
```

|    |    |
|---:|----|
| 1  | MR. CITARAMANIS:  Noted, Your Honor. |
| 2  | THE COURT:  All right.  Thank you. |
| 3  | MR. BERNSTEIN:  Your Honor, could I just add one |
| 4  | thing? |
| 5  | THE COURT:  Yeah. |
| 6  | MR. BERNSTEIN:  Mr. Carter wishes to be returned |
| 7  | to Arlington County today.  I just want to put on the |
| 8  | record that he's waiving his rights under the interstate |
| 9  | agreement on detainers to basically stay here throughout |
| 10 | the duration of his case. |
| 11 | MR. CITARAMANIS:  Because he was sentenced |
| 12 | June 14th, he is serving a sentence now. |
| 13 | THE COURT:  In Virginia. |
| 14 | MR. CITARAMANIS:  In Virginia.  So under the |
| 15 | interstate agreement on detainers, he has a right not to |
| 16 | be returned there in order to resolve this case first. |
| 17 | But he has informed me that he wishes to go back -- |
| 18 | THE COURT:  Well, does the marshal need more |
| 19 | information than that?  Is it enough to say that he waives |
| 20 | it? |
| 21 | THE MARSHAL:  Negative, judge. |
| 22 | THE COURT:  All right.  Fair enough.  Noted.  He |
| 23 | can be returned. |
| 24 | MR. CITARAMANIS:  Thank you, Your Honor. |
| 25 | (Proceedings concluded.) |

1         CERTIFICATE OF REPORTER

2

3         I, Lisa K. Bankins, an Official Court Reporter
4  for the United States District Court for the District of
5  Maryland, do hereby certify that I reported, by machine
6  shorthand, in my official capacity, the proceedings had
7  and testimony adduced upon the arraignment in the case of
8  the United States of America versus Ricardo Carter, II,
9  Criminal Action Number PJM-19-0121, in said court on the
10 21st day of June, 2019.

11

12        I further certify that the foregoing 11 pages
13 constitute the official transcript of said proceedings, as
14 taken from my machine shorthand notes, together with the
15 backup tape of said proceedings to the best of my ability.

16

17        In witness whereof, I have hereto subscribed my
18 name, this 26th day of January, 2022.

19

20

21                              Lisa K. Bankins

22                              Lisa K. Bankins
                                Official Court Reporter
23

24

25

1         CERTIFICATE OF REPORTER

2

3         I, Lisa K. Bankins, an Official Court Reporter
4  for the United States District Court for the District of
5  Maryland, do hereby certify that I reported, by machine
6  shorthand, in my official capacity, the proceedings had
7  and testimony adduced upon the arraignment in the case of
8  the United States of America versus Ricardo Carter, II,
9  Criminal Action Number PJM-19-0121, in said court on the
10 21st day of June, 2019.

11

12        I further certify that the foregoing 11 pages
13 constitute the official transcript of said proceedings, as
14 taken from my machine shorthand notes, together with the
15 backup tape of said proceedings to the best of my ability.

16

17        In witness whereof, I have hereto subscribed my
18 name, this 26th day of January, 2022.

19

20

21                              Lisa K. Bankins

22                              Lisa K. Bankins
                                Official Court Reporter
23

24

25

MR. BERNSTEIN: [9]  
5/11 5/19 7/5 7/8 10/9 10/19 11/3 11/6  
MR. CITARAMANIS: [14]  
THE CLERK: [1]  2/2  
THE COURT: [24]  
THE MARSHAL: [1]  11/21  

**0**

0121 [3]  1/3 2/3 12/9

**1**

11 [5]  2/5 3/11 4/8 8/24 12/12  
14th [1]  11/12

**2**

20 [1]  3/19  
2008 [1]  6/6  
2009 [1]  6/6  
2019 [2]  1/5 12/10  
2022 [1]  12/18  
20770 [3]  1/12 1/15 1/19  
21 [1]  1/5  
21st [1]  12/10  
26th [1]  12/18  
2:30 [1]  1/6

**4**

41 [1]  7/2

**5**

51 [1]  7/2

**6**

6411 [1]  1/14  
6500 [2]  1/12 1/19

**7**

710 [1]  1/15  
75 [1]  3/21

**8**

87 [1]  3/21

**A**

ability [1]  12/15  
about [2]  2/21 3/3  
absolutely [1]  6/21  
academic [2]  4/20 7/14  
account [1]  9/4  
accounts [1]  6/20  
Action [1]  12/9  
actual [1]  4/6  
add [1]  11/3  
addition [1]  8/5  
adduced [1]  12/7  
advised [1]  10/21  
afternoon [4]  2/7 2/10 2/12 8/10  
again [1]  8/9  
aggravated [2]  8/2 8/6  
agreement [5]  6/22 8/1 8/13 11/9 11/15  
agreements [1]  8/24  
ahead [1]  3/22  
all [9]  2/8 2/15 2/19 2/23 3/23 4/22 9/4 11/2 11/22  
along [1]  7/11  
also [4]  6/20 8/1 8/12 9/2  
always [1]  5/15  
am [1]  4/22  
AMERICA [3]  1/3 2/4 12/8  
another [4]  4/10 5/2 8/12 8/25  
any [5]  6/14 6/16 7/14 7/20 10/22  
anything [3]  3/22 7/21 10/16  
anywhere [1]  4/19  
apologize [1]  5/5  

APPEARANCES [1]  1/10  
appearing [1]  2/14  
applied [1]  6/23  
applies [1]  6/12  
appropriate [1]  6/7  
are [6]  6/19 6/20 9/8 9/8 9/9 10/23  
aren't [1]  4/19  
arguable [1]  8/7  
argued [1]  8/8  
Arlington [1]  11/7  
arraigned [3]  9/19 9/22 10/3  
arraignment [4]  1/8 2/5 9/25 12/7  
arraignment/Rule [1]  2/5  
as [10]  2/23 3/20 3/20 4/2 4/2 5/12 5/22 9/8 10/10 12/13  
asked [2]  2/22 3/11  
asking [1]  5/14  
Attorney's [1]  1/11

**B**

back [7]  2/19 4/11 7/10 7/12 9/8 10/24 11/17  
background [1]  3/8  
backup [1]  12/15  
bank [2]  6/20 7/1  
Bankins [4]  1/18 12/3 12/21 12/22  
based [3]  3/19 6/4 7/6  
basically [1]  11/9  
basing [1]  7/15  
basis [1]  8/5  
be [12]  3/5 3/9 3/18 3/20 4/23 6/10 8/7 9/12 9/13 11/6 11/16 11/23  
because [8]  4/21 6/4 6/8 6/8 8/2 8/18 9/25 11/11  
been [7]  4/2 8/13 8/14 8/15 9/19 10/2 10/21  
before [4]  1/8 2/2 2/5 7/12  
beginning [2]  3/25 7/19  
BERNSTEIN [5]  1/11 2/11 3/13 5/2 7/23  
best [1]  12/15  
between [1]  3/21  
binding [1]  5/16  
bit [1]  7/12

**C**

calculated [2]  3/18 7/4  
calculation [2]  3/2 6/2  
came [1]  5/21  
can [4]  5/2 7/19 10/16 11/23  
capacity [1]  12/6  
care [1]  10/15  
CARTER [9]  1/5 2/4 2/14 5/25 6/5 6/18 10/12 11/6 12/8  
Carter's [3]  5/7 8/15 9/3  
case [11]  2/3 2/21 2/24 4/10 4/20 6/1 10/23 10/25 11/10 11/16 12/7  
cases [2]  2/24 4/23  
category [4]  3/21 6/3 6/8 7/16  
certain [2]  6/21 7/16  
certainly [3]  7/22 8/15 8/19  
CERTIFICATE [1]  12/1  
certify [2]  12/5 12/12  
characterized [1]  10/11  
Cherrywood [2]  1/12 1/19  
CITARAMANIS [3]  1/14 2/13 7/21  
close [1]  4/19  
come [2]  4/17 10/24  
comes [2]  2/5 7/12  
committed [1]  6/6  
concern [1]  2/21  
concerned [1]  4/4  
concluded [1]  11/25  
concur [1]  7/22  
conduct [3]  6/6 8/5 8/17  
confirms [1]  4/18  
conspiracy [1]  7/1  
constitute [1]  12/13  
cooperation [1]  8/16  

copies [2]  3/23 3/23  
copy [2]  3/16 3/17  
correct [3]  2/17 2/18 6/21  
could [3]  4/2 8/7 11/3  
counsel [8]  2/8 2/20 2/22 3/10 3/12 4/22 9/1 10/24  
count [1]  8/3  
County [1]  11/7  
court [9]  1/1 1/18 1/18 2/3 2/5 12/3 12/4 12/9 12/22  
courtroom [1]  2/16  
criminal [12]  1/3 2/3 2/24 3/4 3/19 3/20 5/7 6/2 6/8 7/6 7/16 12/9

**D**

day [2]  12/10 12/18  
deal [2]  5/17 10/11  
decided [1]  5/13  
decision [1]  3/7  
defendant [7]  1/6 1/13 2/9 2/16 3/4 3/20 4/21  
Defender's [2]  1/13 2/13  
deputy [1]  2/16  
detainers [2]  11/9 11/15  
determined [1]  7/1  
deviation [2]  4/9 7/19  
did [7]  2/22 3/15 3/23 4/19 5/13 6/23 7/25  
didn't [7]  2/25 3/6 3/22 4/25 5/11 6/3 6/7  
directed [1]  2/24  
disposed [1]  4/7  
disposition [1]  8/14  
DISTRICT [6]  1/1 1/1 1/9 1/18 12/4 12/4  
DIVISION [1]  1/2  
do [13]  
docket [1]  9/15  
does [1]  11/18  
doing [2]  4/25 6/13  
don't [12]  2/20 4/5 4/13 4/21 4/23 5/1 5/1 6/22 7/16 9/6 10/15 10/15  
done [1]  6/5  
down [5]  3/25 5/18 5/25 6/1 10/20  
draw [1]  7/12  
drawing [1]  4/11  
driving [1]  6/10  
duration [1]  11/10

**E**

effectively [1]  4/9  
either [4]  8/11 10/3 10/5 10/6  
end [1]  4/17  
enforcement [1]  8/16  
enhancement [2]  6/12 6/23  
enough [3]  10/14 11/19 11/22  
enter [1]  2/17  
ESQUIRE [2]  1/11 1/14  
essentially [2]  8/4 9/25  
Even [1]  5/16  
event [1]  7/14  
evidence [1]  6/18  
Exactly [1]  7/8  
explanation [1]  7/15  
extensive [1]  3/9  
extra [1]  6/13

**F**

fact [2]  3/10 6/5  
Fair [2]  10/14 11/22  
family [1]  9/3  
far [1]  3/9  
FCRR [1]  1/18  
Federal [2]  1/13 2/13  
finally [1]  7/12  
find [2]  6/23 9/6  
findings [2]  2/25 4/15  
fine [2]  10/9 10/17  
first [5]  2/9 5/3 5/20 5/24 11/16  
foregoing [1]  12/12

**F**

form [1]  10/10
forming [1]  8/5
forward [2]  10/6 10/22
found [2]  6/11 7/10
frankly [1]  3/2
fraud [2]  6/1 7/1
front [1]  10/25
further [1]  12/12

**G**

gather [2]  3/12 7/16
gave [1]  5/6
general [1]  8/24
generated [1]  5/21
gentleman [1]  9/17
get [7]  2/22 3/23 4/5 4/8 4/19 8/1 8/3
getting [1]  8/4
give [1]  5/17
go [6]  2/19 3/16 3/22 10/6 10/22 11/17
goal [1]  9/25
going [4]  2/17 7/11 10/17 10/22
Good [3]  2/7 2/10 2/12
got [7]  3/3 5/15 5/16 5/25 7/11 8/25 9/9
gotten [1]  10/16
government [4]  1/11 2/9 8/20 8/21
government's [1]  9/11
Greenbelt [4]  1/4 1/12 1/15 1/19
Greg [1]  2/11
GREGORY [1]  1/11
guess [2]  8/8 9/13
guideline [4]  5/9 5/21 6/25 7/3
guidelines [7]  2/25 3/5 3/9 3/12 3/21 4/3 4/16
guilty [1]  10/1
guy [1]  3/6

**H**

had [9]  6/5 7/25 8/9 8/13 8/14 8/15 8/20 9/19 12/6
half [2]  4/2 4/3
happy [1]  4/23
hard [1]  3/7
has [6]  2/20 3/12 7/23 9/12 11/15 11/17
hasn't [1]  10/2
have [22]
haven't [2]  8/9 10/16
having [2]  6/17 8/21
he [18]
he's [1]  11/8
hear [1]  4/23
hearing [1]  2/6
helped [1]  7/9
here [5]  4/25 5/1 8/20 9/19 11/9
hereby [1]  12/5
hereto [1]  12/17
high [1]  5/22
him [2]  10/6 10/18
his [8]  3/8 6/2 6/8 6/17 7/17 10/15 11/8 11/10
history [9]  3/4 3/19 3/20 5/7 6/2 6/4 6/8 7/6 7/16
Honor [14]
HONORABLE [1]  1/8
how [2]  4/13 4/19
however [1]  9/14

**I**

I'd [1]  4/8
I'll [1]  9/14
I'm [7]  4/7 4/14 4/15 6/12 6/21 10/7 10/17
I've [5]  4/14 7/11 8/25 9/9 10/21
idea [2]  4/8 4/10
identification [4]  6/15 6/16 6/19 6/20
identified [1]  7/25
identify [1]  2/8
identifying [1]  8/17

identity [2]  8/3 8/6
H [3]  1/5 2/4 12/8
imprisonment [1]  7/2
improper [1]  9/6
increase [4]  5/23 6/11 7/24 8/4
indict [2]  8/22 10/6
indicted [1]  9/13
indictment [3]  8/14 8/18 9/18
information [9]  3/1 3/3 9/12 9/19 9/20 9/23 10/7 10/25 11/19
informed [1]  11/17
intentionally [1]  5/13
interest [1]  8/19
interstate [2]  11/8 11/15
involved [4]  4/5 6/14 7/20 8/17
is [21]
issue [1]  8/1
it [27]
it's [6]  4/9 5/22 6/13 8/18 9/7 10/11
IV [1]  3/21
Ivy [1]  1/14

**J**

January [1]  12/18
judge [4]  1/9 2/23 5/17 11/21
June [3]  1/5 11/12 12/10
June 14th [1]  11/12
just [6]  4/18 5/5 5/13 10/19 11/3 11/7

**K**

kind [5]  3/24 4/15 4/18 7/19 9/7
know [16]
known [1]  9/8

**L**

Lane [3]  1/12 1/14 1/19
last [5]  2/15 2/22 3/1 5/5 5/12
law [2]  2/24 8/16
leave [1]  9/14
Let [1]  2/19
level [6]  3/5 3/19 5/22 6/12 7/24 8/4
like [2]  3/22 4/8
likely [2]  3/9 3/20
Lisa [4]  1/18 12/3 12/21 12/22
looked [1]  3/8
Looking [1]  3/8

**M**

machine [2]  12/5 12/14
made [2]  3/2 3/18
main [1]  5/9
make [4]  2/24 3/16 3/23 4/15
makes [1]  10/10
marshal [1]  11/18
MARYLAND [6]  1/1 1/4 1/12 1/15 1/19 12/5
materials [1]  3/2
matter [3]  2/2 2/5 9/8
may [1]  8/1
maybe [3]  4/20 5/2 8/24
me [7]  2/19 2/21 4/17 7/10 7/12 7/18 11/17
mean [2]  4/23 5/9
means [4]  6/15 6/16 6/19 6/20
Mebane [1]  6/17
mechanical [1]  1/21
memo [2]  3/12 3/14
MESSITTE [1]  1/8
MICHAEL [2]  1/14 2/13
might [3]  4/24 6/10 7/10
mitigators [1]  9/3
months [2]  3/22 7/2
more [3]  3/9 4/3 11/18
moved [1]  6/9
Mr [6]  2/14 3/13 5/2 7/21 7/23 9/3
Mr. [8]  5/7 5/25 6/5 6/17 6/18 8/15 10/12 11/6
Mr. Carter [5]  5/25 6/5 6/18 10/12 11/6
Mr. Carter's [2]  5/7 8/15

Mr. Mebane [1]  6/17
much [3]  3/20 4/2 4/3
my [8]  3/18 4/18 9/15 10/23 12/6 12/14 12/15 12/17

**N**

name [1]  12/18
necessary [1]  7/17
need [5]  4/6 4/22 7/18 10/25 11/18
Negative [1]  11/21
negotiated [3]  5/24 6/4 6/24
negotiating [1]  4/14
negotiation [2]  4/6 9/5
new [1]  10/6
next [2]  9/10 9/13
no [5]  1/3 3/1 3/3 4/10 9/18
not [19]
note [1]  7/23
Noted [2]  11/1 11/22
notereading [1]  1/21
notes [1]  12/14
nothing [1]  9/15
now [12]  2/2 3/17 3/22 3/23 4/5 4/11 4/20 4/20 6/3 7/11 9/15 11/12
number [4]  2/3 4/17 7/11 12/9
numbers [3]  4/18 6/19 7/18

**O**

obligation [1]  8/25
obligatory [1]  5/10
obliged [1]  4/16
observations [1]  10/23
obtain [1]  6/15
obviously [4]  4/17 8/10 8/20 9/11
offense [4]  3/5 3/18 5/22 6/14
offering [2]  3/6 3/10
office [6]  1/11 1/13 2/14 5/21 6/11 6/23
official [4]  12/3 12/6 12/13 12/22
Oh [2]  5/8 10/2
Okay [2]  5/11 7/9
once [1]  4/11
one [7]  2/23 4/9 5/2 6/2 7/24 8/19 11/3
only [2]  7/17 10/10
open [1]  6/20
order [1]  11/16
originally [2]  6/24 9/18
other [3]  6/10 6/16 10/25
ought [1]  9/7
our [1]  6/22
over [1]  5/23

**P**

p.m [1]  1/6
pages [1]  12/12
paper [1]  3/25
part [1]  8/15
particular [1]  8/25
particularly [2]  4/7 4/7
pending [1]  2/2
people [1]  4/1
personal [1]  9/3
perspective [1]  6/24
PETER [1]  1/8
piece [1]  3/25
PJM [3]  1/3 2/3 12/9
PJM-19-0121 [3]  1/3 2/3 12/9
planned [1]  2/20
plea [19]
plead [1]  4/21
pleas [3]  4/8 4/14 8/24
plumb [1]  3/6
point [1]  6/17
points [2]  6/2 7/18
potentially [1]  8/21
pre [2]  8/14 8/18
pre-indictment [2]  8/14 8/18

**P**

prepare [1]  3/25
presumably [1]  4/12
pretrial [1]  5/6
probation [6]  3/2 3/11 5/20 6/11 6/23 7/24
proceedings [5]  1/21 11/25 12/6 12/13 12/15
process [1]  9/5
produce [1]  6/15
produced [1]  1/21
proposed [4]  7/25 8/13 8/14 10/13
proposing [1]  4/2
Public [2]  1/13 2/13
put [2]  10/12 11/7
putting [1]  3/4

**Q**

question [1]  8/3

**R**

range [6]  5/9 5/23 6/25 6/25 7/1 7/3
reason [2]  4/10 8/12
reasons [1]  4/25
received [3]  3/12 3/13 3/14
record [3]  10/12 10/19 11/8
recorded [1]  1/21
regarding [1]  5/20
register [1]  5/12
rejecting [1]  10/12
report [1]  5/6
reported [1]  12/5
Reporter [4]  1/18 12/1 12/3 12/22
represented [1]  7/23
request [1]  3/18
research [2]  6/13 8/10
resolve [1]  11/16
resolved [1]  8/1
respect [1]  7/24
respond [1]  4/13
response [1]  4/24
returned [3]  11/6 11/16 11/23
revoke [1]  6/7
RICARDO [3]  1/5 2/4 12/8
right [12]  2/8 2/15 2/19 3/16 3/23 9/15 9/16 10/4 10/16 11/2 11/15 11/22
rights [1]  11/8
RMR [1]  1/18
roughly [1]  5/22
Rule [1]  2/5

**S**

said [6]  4/5 4/14 7/17 12/9 12/13 12/15
same [2]  8/5 10/1
saving [1]  8/21
say [8]  2/20 5/1 7/12 7/21 8/2 8/12 10/17 11/19
says [1]  4/21
security [1]  6/19
see [7]  3/5 4/25 5/1 5/9 7/10 7/19 10/2
seeing [1]  8/10
seem [1]  6/7
sense [2]  5/6 10/10
sent [1]  4/11
sentence [3]  3/10 4/16 11/12
sentenced [3]  5/25 6/6 11/11
sentencing [4]  2/25 3/3 3/21 4/1
serving [1]  11/12
set [1]  9/9
short [1]  3/17
shorthand [2]  12/6 12/14
showed [1]  6/18
side [1]  9/4
simply [2]  6/8 10/17
since [2]  5/24 8/10
sir [1]  7/5
situation [1]  5/16
so [16]

social [1]  6/18
some [9]  2/21 4/6 4/8 4/15 6/1 9/2 10/10 10/25
something [5]  3/7 4/2 5/17 5/17 7/18
Sometimes [1]  4/9
somewhat [5]  3/8 4/20 5/23 6/1 7/14
sort [1]  5/13
SOUTHERN [1]  1/2
speak [1]  5/2
specifically [1]  2/20
spoke [1]  5/5
spoken [1]  6/17
stand [1]  10/24
started [1]  10/22
starting [1]  4/15
STATES [9]  1/1 1/3 1/9 1/11 1/18 2/4 2/11 12/4 12/8
stay [1]  11/9
stenography [1]  1/21
step [3]  5/10 9/10 9/13
still [2]  2/21 10/24
submit [1]  4/1
subscribed [1]  12/17
substantial [1]  5/23
Suite [1]  1/15
supposed [1]  4/15
sure [4]  5/4 5/8 5/19 6/12
suspicions [1]  4/18

**T**

table [1]  4/11
take [1]  9/11
taken [2]  9/4 12/14
talk [1]  3/15
tape [1]  12/15
terms [2]  8/16 9/5
testimony [1]  12/7
than [3]  3/10 4/3 11/19
Thank [2]  11/2 11/24
that [65]
that's [19]
theft [1]  8/3
them [3]  4/25 5/1 9/6
then [3]  2/9 7/7 7/11
there [11]  3/1 3/3 4/19 6/1 8/1 8/2 8/13 8/15 8/18 9/2 11/16
there's [4]  4/9 9/15 9/18 10/19
these [2]  4/14 4/22
thing [6]  3/24 5/9 6/10 9/7 10/10 11/4
things [5]  2/23 5/19 5/21 8/19 9/4
think [9]  5/15 7/10 7/17 8/23 9/7 9/10 9/24 10/10 10/21
this [19]
those [2]  4/3 9/4
though [1]  9/7
thought [1]  5/5
three [1]  6/2
through [1]  2/16
throughout [1]  11/9
time [8]  2/22 3/1 5/5 5/12 6/3 6/7 8/9 10/1
today [3]  3/11 7/17 11/7
together [2]  3/4 12/14
too [2]  5/8 5/10
transcript [3]  1/8 1/21 12/13
transfer [1]  6/14
trial [1]  9/9
trouble [1]  8/21
twice [2]  4/12 5/22
two [5]  5/19 5/21 6/12 7/24 8/4
two-level [3]  6/12 7/24 8/4

**U**

unauthorized [1]  6/14
under [8]  2/25 3/9 3/10 3/12 4/3 9/17 11/8 11/14
understand [4]  5/11 5/14 7/15 10/14

unfavorable [1]  10/11
UNITED [9]  1/1 1/3 1/9 1/11 1/18 2/3 2/11 12/4 12/8
unlawfully [1]  6/15
unrelated [1]  6/1
up [5]  5/21 6/9 7/18 10/17 10/25
upon [1]  12/7
upped [1]  6/1
use [1]  6/14
used [1]  6/18

**V**

versus [2]  2/4 12/8
Virginia [3]  5/25 11/13 11/14

**W**

waiting [1]  3/17
waives [1]  11/19
waiving [1]  11/8
want [5]  4/13 4/21 5/1 7/21 11/7
wanted [2]  3/24 5/6
was [26]
wasn't [4]  5/12 9/18 9/20 9/22
way [1]  5/2
we [13]
we're [1]  3/17
well [13]
went [1]  5/25
were [7]  3/6 7/7 7/15 8/19 9/2 9/4 9/15
what [15]
Whatever [1]  10/7
when [4]  6/24 7/10 9/8 10/24
where [4]  4/22 9/8 9/9 10/23
whereof [1]  12/17
whether [3]  3/6 6/12 8/3
which [2]  6/19 6/20
while [2]  3/17 4/5
why [7]  4/4 4/6 4/8 4/11 8/12 10/15 10/15
wishes [2]  11/6 11/17
withdraw [1]  6/3
witness [1]  12/17
word [2]  2/15 7/17
working [1]  7/7
would [8]  3/5 4/23 7/9 7/23 8/2 8/12 9/11 10/5
write [2]  3/25 5/17

**Y**

Yeah [1]  11/5
Yes [1]  7/5
yet [1]  10/16
you [35]
you're [3]  4/1 4/14 8/4
you've [2]  5/15 5/16
your [17]
yourselves [1]  2/9