```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       SOUTHERN DISTRICT

- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
     v.                       :   Criminal No. 19-00121-PJM
                              :
RICARDO CARTER, II.,          :
                              :
          Defendant.          :   Greenbelt, Maryland
                              :
- - - - - - - - - - - - - - - x   May 21, 2021
```

**VIRTUAL INITIAL APPEARANCE**

BEFORE:   THE MAGISTRATE JUDGE TIMOTHY J. SULLIVAN

APPEARANCES:                    JENNIFER WINE, Esq.
                                Office of the U.S. Attorney
                                6406 Ivy Lane, Suite 800
                                Greenbelt, Maryland  20770
                                  On Behalf of the Government

                                STEPHANIE SNYDER, Esq.
                                Office of the Federal
                                Public Defender
                                6411 Ivy Lane, Suite 710
                                Greenbelt, Maryland  20770
                                  On Behalf of the Defendant

ALSO PRESENT:                   Pamela Nieva, PO

Audio Operator:                 Tahshia Singletary
                                Brandford Kincaid

Transcription Company:          CompuScribe
                                P.O. Box 789
                                Cheltenham, Maryland  20706-9998

Proceeding recorded by electronic sound recording,
transcript produced by transcription service.

*CompuScribe*
*(301) 577-5882*

<u>I</u> <u>N</u> <u>D</u> <u>E</u> <u>X</u>

|                                |    Page |
|--------------------------------|--------:|
| Preliminary Matters            |       3 |
| Court and Counsel Discussions  |       3 |
| Comments by the Court          |       4 |

Keynote: "---" indicates inaudible in transcript.

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | (Whereupon, at 1:24 p.m., the virtual hearing begins |
| 3 | mid-sentence.) |
| 4 | MS. WINE: -- versus Ricardo Carter, II., criminal |
| 5 | number PJM-19-121.  Jennifer Wine on behalf of the United |
| 6 | States.  We are here today for an initial appearance. |
| 7 | THE COURT:  Okay.  Ms. Snyder, good afternoon. |
| 8 | MS. SNYDER:  Good afternoon, Your Honor, Stephanie |
| 9 | Snyder with the Office of the Federal Public Defender, on |
| 10 | behalf of Mr. Carter who is present, Your Honor.  We are not |
| 11 | opposed to handling this matter via video due to the |
| 12 | circumstances of the pandemic. |
| 13 | THE COURT:  Okay.  Thank you.  Good afternoon, |
| 14 | Mr. Carter and Ms. Nieva from Probation, good afternoon. |
| 15 | Okay, well here is my understanding.  That Judge Simms on |
| 16 | April 5, 2021 entered an order of detention.  Mr. Carter |
| 17 | fled.  Mr. Carter was arrested in the Middle District of |
| 18 | Florida.  Mr. Carter was brought back and I am not sure why |
| 19 | we are even having this hearing. |
| 20 | I disagree with the Government that he is entitled |
| 21 | to an initial appearance.  An initial appearance on what? |
| 22 | Being arrested on an arrest warrant for absconding from the |
| 23 | jurisdiction?  Am I missing something? |
| 24 | MS. WINE:  No, Your Honor.  The facts as you said |
| 25 | them are accurate.  Our understanding was that we needed -- |

1    he had a rule 5 out initial appearance in Florida and that
2    this will be rule 5 in for our district.
3            THE COURT:  All right.  Fine.  Ms. Snyder,
4    anything?
5            MS. SNYDER:  Your Honor, we are not requesting the
6    Court do anything at this juncture.  My understanding is that
7    the case is scheduled in front of Judge Messitte and there is
8    a status report due next week.  And so at this point, we are
9    simply asking that the Court acknowledge receipt of the case
10   and to get it back on track for proceedings up here.
11           THE COURT: I am not sure that rule 5 -- this is a
12   gray area.  It is always interesting because like we have the
13   history and --- which appropriately so, of making sure people
14   who are taken into custody get before a Magistrate Judge as
15   promptly as possible.  But Mr. Carter, I can't and won't do
16   anything right now because there is nothing I can do.
17           My colleague Judge Simms, issued an order for your
18   arrest, for -- she entered your detention order, you left.
19   You got caught.  Status quo, you will stay in custody until
20   your trial date or until Judge Simms looks at it and
21   reconsiders it if she has to and Judge Messitte rules on
22   anything or you are acquitted after your trial or whatever. I
23   don't believe that there is anything that I can do now except
24   for explain to you on the record why you are back in the
25   district that you absconded from and that is where we are.

1          Ms. Snyder, does Mr. Carter have any underlying
2   medical issues?  Any health issues?  Medications that needs
3   to be addressed while he is in custody here?
4          MS. SNYDER:  Thank you for the Court's question,
5   Your Honor.  My understanding is that he does have health
6   issues. He has reported them to the medical department at CDF
7   and is currently receiving medication.  If there is any
8   further problem, I am sure Ms. Oyer will notify Judge
9   Messitte.
10          THE COURT:  Is this Ms. Oyer's case?
11          MS. SNYDER:  It is, Your Honor.
12          THE COURT:  Okay.  I odn't know -- and again this
13   has nothing to do with anything but I don't know if this is
14   have a --- counsel to cover for you Friday.  Because I have
15   not had a proceeding today that anybody actually belongs to
16   the case.  Including probation.
17          Ms. Nieva, is this your case from the beginning?
18   Okay.  So then we are good.  But poor Ms. Wine and --
19          MS.          :  And it is my day off.
20          THE COURT:  And it is your day off, so there you
21   go.  All right.  Mr. Carter do you have any questions about
22   anything?  There is really nothing -- I have explained to you
23   why you are back in custody.  And there is really nothing
24   else that I can do at this time.  Do you understand that?
25          THE DEFENDANT: Yes, Your Honor.  I understand.

1           THE COURT:  And if you have any questions please
2   talk to Ms. Snyder or Counsel who represent you and they will
3   explain the situation.
4           All right, if there is anything else --
5           THE DEFENDANT:  Yes, sir.
6           THE COURT:  -- anybody else have anything else they
7   want to say or put on the record?
8           MS. SNYDER:  None.
9           THE COURT:  Okay.  Thank you all very much.  Have a
10  nice weekend.  This matter is adjourned.
11       (Whereupon, at 1:28 p.m., the virtual hearing
12  concludes.)
13
14
15
16
17
18
19
20
21
22
23
24
25

C E R T I F I C A T E

I certify that the foregoing is correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____
Lisa N. Contreras                 Date
Certified Transcriber
Certificate No.:  CET**D-1251